UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JON STENGENGA,<br>Plaintiff,<br>-v-<br>BUZZFEED MEDIA ENTERPRISES, INC.,<br>Defendant. | 26cv5695 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

On September 4, 2026, defendant filed a motion to dismiss plaintiff's original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of September 4 directed the plaintiff to file any amended complaint by September 25 and alerted the plaintiff that he would likely not have another opportunity to amend. The plaintiff filed an amended complaint on September 9. Accordingly, it is hereby

ORDERED that the defendant's September 4 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **September 25**
- Opposition served by **October 9**
- Reply served by **October 16**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
September 9, 2026

DENISE COTE
United States District Judge