UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

JON STENGENGA,

Plaintiff,

-v-

BUZZFEED MEDIA ENTERPRISES, INC.,

Defendant.

---------------------------------------- X

26cv5695 (DLC)

ORDER

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the initial pretrial conference scheduled for October 16 is adjourned *sine die*.

Dated: New York, New York
October 13, 2026

Denise Cote

DENISE COTE
United States District Judge